original copy

☐ ORIGINAL

**CV 19 - 3859**

**CIVIL RIGHTS COMPLAINT**
**42 U.S.C. § 1983**

RECEIVED
JUN 25 2019
PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x

Kenneth V. Iacone Sr. MC#154549
Full name of plaintiff/prisoner ID#

                          Plaintiff,                    JURY DEMAND
                                                        YES ✓   NO _____

        -against-
123rd Police Station
Arresting Officer-1
        Officer-2                                **MATSUMOTO, J.**
Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]          **SCANLON, M.J.**

                          Defendants.
------------------------------------------------x

I.      Previous Lawsuits:

        A.      Have you begun other lawsuits in state or federal court
                dealing with the same facts involved in this action or
                otherwise relating to your imprisonment?  Yes ( )  No (✓)

        B.      If your answer to A is yes, describe each lawsuit in the space below
                (If there is more than one lawsuit, describe the additional lawsuits
                on another piece of paper, using the same outline.)

                1.  Parties to this previous lawsuit:

                        Plaintiffs:   _____N/A_____

                        Defendants:   _____N/A_____

                2.  Court (if federal court, name the district;
                        if state court, name the county)
                    _____

                3.  Docket Number: _____

1



MATSUMOTO, J.

4.  Name of the Judge to whom case was assigned: _N/A_

5.  Disposition: (for example: Was the case dismissed?  Was it appealed?  Is it still pending?)
_____

6.  Approximate date of filing lawsuit: _____N/A_____

7.  Approximate date of disposition: _____N/A October, 31st 2018_____

II.   Place of Present Confinement: _Middlesex County Adult Correctional Center_
_P.O. Box 266, New Brunswick, NJ, 08903_

A.  Is there a prisoner grievance procedure in this institution? Yes ( ) No (✓)

B.  Did you present the facts relating to your complaint in the prisoner grievance procedure?  Yes ( )  No (✓)

C.  If your answer is YES,

1.  What steps did you take? _N/A_
_____
_____

2.  What was the result? _N/A_
_____

D.  If your answer is NO, explain why not _I am being held on other charges in New Jersey and made complaint with I.A. ⊕ in NY and I am persuing ~~and what~~ happened in Staten Island NY 123 Precient_

E.  If there is no prison grievance procedure in the institution, did you complain to prison authorities?  Yes ( ) No (X) _I was ROReD in NY court SI and_
~~Internal Affairs NY~~ _been in New Jersey here @ Middlesex County_

F.  If your answer is YES, _Adult Correction Center since November 7th 2018 so I did all steps need here._

1.  What steps did you take? _I called Internal Affairs in New York, Spoke to Detective DeJesas and made complaint # 2018-47601_

2.  What was the result? _Lt Pizzo @ 123 Precient was investigating the claim and as of result of March 4th 2019 charges have been dismissed from October 31st, 2018_

III.   Parties:

(In item A below, place your name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.)

A.  Name of plaintiff _Kenneth V. Iacone Sr. 154549 MC#_

Address _M.L.A.C.C. P.O. Box 266, New Brunswick, NJ 08903_

(In item B below, place the full name and address of each defendant)

B.  List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1   _Arresting_ _Officer-1_
_116 Main Street, 123 Precient_
_Staten Island, New York 10307_
_Unable to get Name + Badge # from 123 Precient wont give called_

Defendant No. 2   _Arresting_ _Officer-2_
_116 Main Street, 123 Precient_
_Staten Island, New York 10307_
_Unable to get Name + Badge # from 123 Precient wont give called_

Defendant No. 3   _123 Precient_
_116 Main Street_
_Staten Island, New York 10307_

Defendant No. 4   _____

_____

_____

Defendant No. 5   _____

_____

_____

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

3

IV.   Statement of Claim:

(State briefly and concisely, the _facts_ of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Attached

IV.A      If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received? N/A

Date 10-31-18 Arrest

**MIDDLESEX COUNTY ADULT CORRECTION CENTER**
POST OFFICE BOX 266
NEW BRUNSWICK, NEW JERSEY 08903

## Facts for 1983 Against 123 Precient And Arresting Officer

1) Oct 31st 2018 pulled over by 123 Precient Officers Staten Island, N.Y.

2) People in Car in Front seats:
 Driver - Scott Herman
 Passanger - Anthony Del Negro
 Back seat Drivers Side - Kenneth V Iacone
 Back seat Passenger Side - Paul Deppattie Jr

3) Was said that we had Drugs + Guns in Car by Lawyer Maria Caustellea Esq in Court 10-31-18

4) After Search was done, found Nothing

5) Helocopter over scene 10-31-18

6) Each one of us individually were driven to the 123 Precient and Searched @ Precient Still found no Drugs or the Guns

7) Asked Officers all night long what we were being charged with. Also asked for Higher up Officers @ 123 Pct. The Officers would not tell us what we were being charged with, let alone let us talk to a Higher up Officers In Precient

over

②

8) When Paul got out of car from back seat Passenger, his legal pocket knife fell out of his pocket on to the Passenger side back seat floor

9) Paul stated that it was his pocket knife to the Officer and told the Officer that its legal to carry, even as a felone.

10) We were taken to the 120 Precient in the morning, when we were supposed to go straight to the court to see the judge -Because the Officer said to bring us to the 120 Precient so that we could miss having Court on 10-31-18
But the Sgt. at the 120 Precient said to bring us to the court right away.

11). Still not Knowing our charges and asking the officers and not telling us, We were put in the cell to wait to be called by Judge

12) Finally Attorney Mariea Guastella came Down and spoke to us (3) Kenneth Iacone, Paul Depattie and Scott Herman.
-She told Scott that they charged him with a disorderly persons - time served

continue

MIDDLESEX COUNTY ADULT CORRECTION CENTER
POST OFFICE BOX 266
NEW BRUNSWICK, NEW JERSEY 08903

3

12) - Anthony DelNegro - Was Released right from the Court Ball pen from the arresting officer and freed.

- Paul Depattie - Charged with pocket knife of his own (stated) with a $5000.00 dollar bail/with felony charge

- Kenneth Iacone - Was, charged with Paul Depatties legal pocket knife that he stated was his, in the very begining, that he told the officer and was also charged with a felony charge and a $5000.00 dollar bail. Also charged with 7th degree Controled Substance that was also on Paul Depattie and said was his

13) When finally last to be seen by judge @ 4:30 pm.

Paul Depattie. Stated to the judge, that this was his legal pocket knife when it dropped out of his pocket on the floor of the car to the officer and stated that it is legal for a felone to posser a legal pocket knife and why should I be charged with it and a big bail that goes with it.

- Judge turned around to Paul and said this is rediculas and RORed until next Court Date.

over continue

Continue          ④

13) Kenneth Iacone - When I went in front of judge with same charge the Judge said the same thing to me as well and to show up for my next court Date on November 22, 2018, but I was incarcerated on November 7, 2018 and could not make it but let courts know what was going on.

14) Internal Affairs - On 11/30/18 wrote to Internal Affairs, but never recieved a written response back

15) Internal Affairs - On 12-5-18 Spoke to Detective DeJesus (Intake) and she took my statement and gave me my claim # 2018-47601

16) On 12/27/18 spoke to Det DeJesus and she told me that she gave the case back to the 123 Precient to the Integrity Supervisors to handle the claim. She gave me the Names Lt Rogan and Sgt Ragira Left message and on 1/2/19 left message.  718-948-9308=Officer
No response back    718-948-9311-Pct.

17) On 1-3-19 Left Message for Lt Rogan + Sgt Ragira to respond by letter because I was being held @ MCACC gave MC# 154549

MIDDLESEX COUNTY ADULT CORRECTION CENTER
POST OFFICE BOX 266
NEW BRUNSWICK, NEW JERSEY 08903

continue                    ⑤

18) Integrity Supervisor- Sgt Ragina spoke to on 1-8-19 he stated that he didn't even know anything about my case or what was going on and was never given a claim for me from Det. DeJesus from Internal Affairs

19) Internal Affairs - Called back on 1-9-19, Spoke to Det. Sawtell and told him what was going on that Det DeJesus had given me wrong Info and I wasn't getting any where with my claim
     Det. Sawtell then did some searching on his own and gave me a Lt. Pizzo that had my claim at the 123 Precient @ 116 main street, SI, NY, 10807
     I called and left a message for Lt Pizzo on 1-9-19 with claim # 2018-4760
     Also called on 1-14-19 and left message, No response

20) The week of 1-14-19 had a family member call to 1-18-19 until gotten in touch with Lt Pizzo and finally did. Lt Pizzo stated he would get back and let know what is and was going on.
     He was the Integrity Supervisor on my case @ the 123 Precient to take care of Matters. with False charges
          1- Crim possesion of a weapon  3rd degree -Felony
          2- 7th degree Crim Poss Controled Substance - Misdemeanor
          3- Crim Poss Weap 4th Firearm/wep =Felony
                                             over

21) Made Numerous calls to Lt Pizzo and had gotten no where.

22) On 4-1-19 called operator for 123 precient and spoke to Ms Fair she called her self. Ms. Fair said that Lt Pizzo was Transfered. I asked where to, Ms Fair responded to I dont Know. and would not put me through to some one that maybe could tell me.

23) Call back Internal Affairs on 4-1-19 spoke to Det. Emin - told him what the phone call was about and he madeanother claim for me. about the conversation. claim # 2019-12804

24) All my calls here were made through the Social Cworker here and recorded. Sending copies of calls. Cant get originals from Social Worker

25) On 6-6-19 Spoke to District Attorney Office Staten Island and spoke to Supervisor Maria Scarna, She told me that charges were Dismissed on March 4th 2019.

26) If any questions regaurding calls, call jail and Speak with Social Worker Marie, Middlesee County Adult Correction Center
732-297-3636 -Office Socialworker        New Brunswick, NJ

27) Truthful testimony letter signed by Paul Depattie
28) Called Numercus times to 123 Pct asking for Names and Badge #'s for Officers Arresting and wont give them to me, always gave me an excuse, See call log for 123 Pct. 718-948-9311

Certificate #: U-000001580-N

Page 1 of 1



# RICHMOND CRIMINAL COURT

26 Central Avenue, Staten Island, NY 10301

Phone: (718) 675-8558  Fax: (718) 390-8405

# NO FEE
**Non-Public Version**

The People of the State of New York

vs.

**Kenneth V. Iacone**

**Certificate of Disposition**

Docket Number:          **CR-007217-18RI**

Defendant DOB: **01/17/1970**

Arrest Date: **10/31/2018**          Arraignment Date: **10/31/2018**

THIS IS TO CERTIFY that the undersigned has examined the files of the **Richmond Criminal Court** concerning the above entitled matter and finds the following:

| Count | Arraignment Charge | Top Count | Disposition | Disposition Date |
|-------|-------------------|-----------|-------------|------------------|
| 1 | PL 265.02 01 DF Crim Poss Weap-3rd:Prev Conv **SEALED 160.50** | DF | Dismissed (Motion to Dismiss Granted, Sealed 160.50) | 03/04/2019 |
| 2 | PL 265.01 01 AM Crim Poss Weap-4th:Firearm/Wep **SEALED 160.50** | AM | Dismissed (Motion to Dismiss Granted, Sealed 160.50) | 03/04/2019 |
| 3 | PL 220.03 AM Crim Poss Contrl Subst-7th **SEALED 160.50** | AM | Dismissed (Motion to Dismiss Granted, Sealed 160.50) | 03/04/2019 |

Dated: **June 11, 2019**

Chief Clerk/Clerk of the Court

## CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL

It shall be an unlawful discriminatory practice, unless specifically required or permitted by statute, for any person, agency, bureau, corporation or association, including the state and any political subdivision thereof, to make any inquiry about, whether in any form of application or otherwise, or to act upon adversely to the individual involved, any arrest or criminal accusation of such individual not then pending against that individual which was followed by a termination of that criminal action or proceeding in favor of such individual, as defined in subdivision two of section 160.50 of the criminal procedure law, or by a youthful offender adjudication, as defined in subdivision one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law or by a conviction which is sealed pursuant to section 160.58 or 160.59 of the criminal procedure law, in connection with the licensing, employment or providing of credit or insurance to such individual; provided, further, that no person shall be required to divulge information pertaining to any arrest or criminal accusation of such individual not then pending against that individual which was followed by a termination of that criminal action or proceeding in favor of such individual, as defined in subdivision two of section 160.50 of the criminal procedure law, or by a youthful offender adjudication, as defined in subdivision one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law, or by a conviction which is sealed pursuant to section 160.58 or 160.59 of the criminal procedure law. The provisions of this subdivision shall not apply to the licensing activities of governmental bodies in relation to the regulation of guns, firearms and other deadly weapons or in relation to an application for employment as a police officer or peace officer as those terms are defined in subdivisions thirty-three and thirty-four of section 1.20 of the criminal procedure law; provided further that the provisions of this subdivision shall not apply to an application for employment or membership in any law enforcement agency with respect to any arrest or criminal accusation which was followed by a youthful offender adjudication, as defined in subdivision one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law, or by a conviction which is sealed pursuant to section 160.58 or 160.59 of the criminal procedure law. [Executive Law § 296 (16)] Arraignment charges may not be the same as the original arrest charges.

CPL 160.50:          All official records (excluding published court decisions or opinions or records and briefs on appeal) related to the arrest or prosecution on file with the Division of Criminal Justice Services, any court, police agency or prosecutor's office shall not be available to any person or public or private agency.

```
        STATE OFFENSE CODE   PL 165.05 SUB 01
                   COUNTS    1
                 SEVERITY    MISDEMEANOR
         INCHOATE CHARGE     COMPLETED
              DISPOSITION    ( 2003-06-19; )
  SENTENCE                   TERM:  90 DAY(S) CONCURRENT
  ======================================= CYCLE 007 =========================
  TRACKING NUMBER            68800095N
  EARLIEST EVENT DATE        2018-10-31 INCIDENT DATE        2018-10-31
  -----------------------------------------------------------------------
  ARREST DATE                2018-10-31
  ARRESTING AGENCY           NY03030S3 NYCPD PCT 123
  SUBJECT'S NAME             IACONE, KENNETH, V
  COMMENT(S)                 COURT OF ARRAIGNMENT : NY042033J RICHMOND
                             COUNTY CRIMINAL COURT
  CHARGE TRACKING NUMBER     68800095N
                 STATUTE     CRIMINAL POSSESSION WEAPON-3RD: PREVIOUS
                             CONVICTION (265.02 SUB 01 )
        NCIC OFFENSE CODE    5212
       STATE OFFENSE CODE    PL 265.02 SUB 01
                   COUNTS    1
                 SEVERITY    FELONY
         INCHOATE CHARGE     COMPLETED
  CHARGE TRACKING NUMBER     68800095N
                 STATUTE     CRIMINAL POSSESSION CONTROLLED SUBSTANCE- 7TH
                             DEGREE (220.03 )
        NCIC OFFENSE CODE    3599
       STATE OFFENSE CODE    PL 220.03
                   COUNTS    1
                 SEVERITY    MISDEMEANOR
         INCHOATE CHARGE     COMPLETED

  ------------------------------------------------------------------------
  BOOKING CASE NUMBER        S18609207
  BOOKING AGENCY             NY03030S3 NYCPD PCT 123
  *********************** INDEX OF AGENCIES ***********************

  AGENCY                     NYCPD PCT 122; NY0342122;

  ------------------------------------------------------------------------
  AGENCY                     NYCPD PCT 123; NY0342123;

  ------------------------------------------------------------------------
  AGENCY                     RICHMOND COUNTY PROBATION ADULT INVESTIGATIONS
                             AND SUPERVISION; NY042015G;

  ------------------------------------------------------------------------
  AGENCY                     NYS DOCCS ULSTER CORRECTIONAL FACILITY;
                             NY055055C;

  ------------------------------------------------------------------------
  AGENCY                     NYCPD PCT 019; NY0330019;

  ------------------------------------------------------------------------
  AGENCY                     NYCPD PCT 123; NY03030S3;

  ------------------------------------------------------------------------
  AGENCY                     NEW YORK COUNTY SUPREME COURT; NY030015J;

  ------------------------------------------------------------------------
```

KI etal 42



District Attorney Staten Island 718-876-6300 M/C (LM)

Attorney Maria Guastella NY 718-876-7400 L/M

Public Defender office 'John Johnsen' 732-937-6400 M/C

12-27-18  Public Defender 732-937-6400 L/M
John Johnson

Attorney NY Maria 718-876-7400 N/C

NYPD Internal Affairs 212-741-8401 M/C (LM)

Public Defender 732-937-6400 L/M
Megan Crestwall

Integrity Supervisor NYIA 718-948-4311 N/C (not in service)
9311 M/C 123 Pct

1-3-19  NY Attorney Maria 718-876-7400 L/M

Integrity Supervisor (NYIA) 718-948-9308 9311 N/C 123 Pct

Public Defender 732-937-6400 9311 N/C→ L/M (LM)
John Johnson

1-8-19  NY Attorney Maria 718-876-7400 L/M

Integrity Supervisor (N.Y.IA) 718-948-9308 M/C 123 Pct (LM)

Public Defender 732-937-6400 M/C
-Megan Crestbaw- L/M w/sec

NYPD Internal Affairs 212-741-8401 M/C

1-14-19  Integrity Supervisor NYIA 718-948-9311 L/M 123 Pct

NY Attorney Maria 718-876-7400 L/M

District Attorney Staten Island 718-876-6300 N/C (LM)

D.E. Supreme Ct. 302-735-1900 M/C

Public Defender office 732-937-6400 M/C w/sec

1-23-19  Integrity Supervisor NYIA 718-948-9311 M/C 123 Pct
9323 - pizzo L/M

Attorney Fania Veksler 908-336-7550 M/C w/sec

District Attorney Staten Island 718-876-6300 N/C (LM)

CCM 732-645-4300 x 88021 N/C

Attorney Maria 718-876-7400 L/M
NY

2-19-19   Richmond Co. Supreme Ct.   718-675-8700 N/C

718-675-8558 N/C

Port Authority  718-390-2503  m/c

Attorney FANIA  908-336-7550  m/c
w/sec

(LM)

2-28-19   Attorney FANIA 908-336-7550  m/c
w/sec

Richmond Co Supreme Ct

718-675-8700 m/c

Attorney
Emanuel   212-729-1035  m/c
w/sec

(LM)

3-5-19   Attorney FANIA  908-336-7550  m/c
w/sec

Integrity Superviser
NYIA   718-948-9311  N/C  123 Pct

Richmond Co Supreme Ct 718-675-8700 m/c

(LM)

3-11-19   Attorney FANIA 908-336-7550  m/c
w/sec

Richmond Co. Supreme Ct 718-675-8700 N/C

Integrity Superviser NYIA  718-948-9311 m/c  123 Pct

Attorney Emanuel  212-729-1035 m/c
4/m   w/sec

(LM)

3-19-19   Attorney Emanuel   212-729-1035 m/c
4m   w/sec

Attorney FANIA  908-336-7550  m/c
w/sec

"Lt. Pizzo" Integrity
Superviser  718-948-9311 N/c  123 Pct
N.Y.I.A.

Richmond County Supreme Ct. 718-675-8700 m/c

(LM)

4-1-19   Attorney FANIA  908-336-7550 m/c
w/sec

Attorney Emanuel 212-729-1035 4/m

Integrity Sup. NYIA  718-948-9311 w/sec 4/m  123 Pct

NYPD Internal Affairs 212-741-8401 m/c

(LM)

-26-18   Public Defender  732-937-6400  m/c  (LM)
         office

2-5-18   New Brunswick municipal  732-745-5089  M/c
         District Attorney office  718-876-6300  N/c
         Staten Island
         Attorney Manual NY  212-729-1035  m/c w/sec - L/M  (LM)
         NYPD Internal Affairs  212-741-8401  m/c
         Public Defender  732-937-6400  M/c
         (susen Martin)                             w/sec

2-10-18  New Brunswick municipal  732-745-5089  N/c
         District Attorney Staten Island  718-876-6300  M/c
         Attorney Maria Guastella  718-876-7400  L/M  (LM)
         NY
         Public Defender  732-937-6400  M/c
         office ‹John Johnsen›

2-27-18  Public Defender  732-937-6400  L/M
         John Johnson
         Attorney Maria  718-876-7400  N/c
         NY                                          (LM)
         NYPD Internal Affairs  212-741-8401  M/c
         Public Defender  732-937-6400  L/M
         Megen Crestivall
         Integrity Supervisor NYIA. 718-948-4311  N/c (not in service)
-3-19    Attorney Maris  718-876-7400  L/M       9311 m/c  123 Pct
         NY
         Integrity Supervisor (NYIA)  718-948-9308  N/c
         Public Defender  732-937-6400  9311 m/c → 123 Pct  (LM)
         John Johnsen                    N/C  L/M
-8-19    NY Attorney Maria  718-876-7400  L/M
         Integrity Supervisor (N.Y.IA)  718-948-9308 m/c  123 Pct
         Public Defender  732-937-6400  m/c
                               -Megen Crestbaw L/M  w/sec  (LM)
         NYPD Internal Affairs  212-741-8401  m/c
-14-19   Integrity Supervisor NYIA  718-948-9311  L/M  123 Pct
         NY Attorney Maria  718-876-7400  L/M  (LM)
         District Attorney  Staten Island  718-876-6300  N/c

28-19

Integrity Supervisor NY IA   718-948-9311 m/c   123 Pct

NY Superior Ct   718-876-8559   m/c   (LM)

NY Docket Clerk   718-556-3230 N/C

CCM   732-645-4300 x 88022 m/c
Court 2-15

-4-19   CCM   732-645-4300 x 88021 m/c
                                      x 88022 N/C   (LM)
Port Authority   718-390-2503 m/c

-19-19   Richmond Co. Supreme Ct.   718-675-8700 N/C
                                                  718-675-8558 N/C   (LM)
Port Authority   718-390-2503 m/c
Attorney FANIA   908-336-7550 m/c
                                                  w/sec

1-28-19   Attorney FANIA 908-336-7550 m/c
                                                          w/sec
Richmond Co Supreme Ct
                              718-675-8700 m/c   (LM)
Attorney
Emanuel   212-729-1035 m/c
                                                  w/sec

-5-19   Attorney FANIA   908-336-7550 m/c
                                                          w/sec
Integrity Supervisor NY IA   718-948-9311 N/C   123 Pct   (LM)
Richmond Co Supreme Ct 718-675-8700 m/c

-11-19   Attorney FANIA 908-336-7550 m/c
                                                          w/sec
Richmond Co. Supreme Ct 718-675-8700 N/C
Integrity Supervisor NY IA   718-948-9311 m/c 123 Pct   (LM)
Attorney Emanuel   212-729-1035 m/c
          ↓4m                                  w/sec

-19-19   Attorney Emanuel   212-729-1035 m/c
                      ↓4m                          w/sec
Attorney Fania   908-336-7550

Case 1:19-cv-03859-RJK-VMS Document 1-1 Filed 06/26/19 Page 24 of 38 PageID #: 24

1-8-19 Attorney
Vexler

Attorney Emanuel 212-729-1035 N/C (ML)

4-15-19 Attorney Fania 908-336-7550 M/C with
Secretary (ML)

Attorney Emanuel 212-729-1035 N/C

Richmond County
(Staten Island Cou) 718-675-8700 N/C

5-17-19 Attorney Fania 908-336-7550 M/C with
Secretary (LW)

6-6-19 District Attorney  Staten Island 718-876-6300 (LW)
M/C

Showing I had Employment with Company @ time of Arrest.

# STANLEY PAVING LLC

December 4, 2018

To Whom It May Concern,

This letter is to confirm that Kenneth Iacone will have employment with us when released if the position is still available.

Respectfully

William Stanley

Stanley Paving

MIDDLESEX COUNTY ADULT CORRECTION CENTER
POST OFFICE BOX 266
NEW BRUNSWICK, NEW JERSEY 08903

To: United States District Courts E.D.N.Y

From: Paul D. Depattie

Re: Truthful Testimony on Kenneth V. Sacone Behalf

Date: 5/30/19

To Whom It May Concern,

    -I, Paul D. Depattie, am writing this Truthful Testimony on Kenneth V. Sacone behalf to say that it was my pocket knife and controlled substance that the Police had found on me and charged Kenneth V. Sacone and myself with the charges. Kenneth V. Sacone had nothing to do with those charges that the Officers had charged him with and I clearly stated to the Judge that I took full responsibility for those charges.

Respectfully Submitted
x Pat Depattie
Paul D. Depattie

MIDDLESEX COUNTY ADULT CORRECTION CENTER
POST OFFICE BOX 266
NEW BRUNSWICK, NEW JERSEY 08903

To: Internal Affairs
From: Kenneth V Iacone Sr. 154549 / Paul DePatie 154545/
Anthony DelNegro, 88 Gary Street SI, NY 10312 / and Scott
Herman, 196 Shotwell Ave SI, NY, 10312, file Complaint
Re: for false Arrest and Imprisonment Against the 123
Precient on Main Street SI, NY, 10309 or 10307 and
arresting Officers involved. Awaiting Arresting Officer's Names
Date: 11/30/18

To Whom It May Concern:
I am writing to you because I want to
file a complaint against the 123 Precient and
arresting Officers that were involved on Oct 30th
or 31st we hour in the morning 2018 for false arrests
and imprisonment for false charges.
On the night or morning we were coming home
and one block away from saying good night to each
other, We were Pulled over from the 123 precient
and held outside of the car for 1 hr. while they
searched the Vechical where Scott Herman was the
Legal Driver, Anthony DelNegro was the Passanger
and Myself Kenneth V Iacone Sr and Paul DePatie
was the back seat Passengers,
They searched the car and found No drugs
on our persons or car Paul DePatie had a legal
Pocket Knife (4 fingers) that felones are allowed to
carry on there possession. Paul had dropped the
Pocket Knife on the back floor of the car and

over

②

stated to the officer that it was his pocket Knife.

The officers had a hellicopter over us and stated we had a gun in the car and there was none. This was told to Anthony DelNegro's lawyer and also drugs, which were never there and nothing in possession.

They took us all down to the 123 Precient individually in separate police cars and searched us again at the Precient (123) and still found nothing. They ran us through the mill and every time we asked them what we are being charged with the Officers at the 123 Precient that were involved with arrests, would not tell us of our charges and we never new what these charges were until they finally got us down to the court House on Stuyvacent Place when the Lawyer came down to talk to us one at a time

Before the lawyer came down to talk to us, One of the arresting Officers came down to the cell of the court house and took Anthony DelNegro out of the cell and freed him to the streets to go home.

I Kenneth V Iacone, Paul Depatie and Scott Herman were the last case to be seen at the end of the day. Where Scott Herman was charged with a disorderly Person's (time served) Myself Kenneth V Iacone was charged with Paul Depatie's

MIDDLESEX COUNTY ADULT CORRECTION CENTER
POST OFFICE BOX 266
NEW BRUNSWICK, NEW JERSEY 08903

③

legal pocket knife that he told the officer when it dropped, on the back floor of the car getting out that it was his and legal to possess as a felone was also charged with.

Paul Depatie went first in front of the judge and the Procicuter wanted a $5000.00 dollar bail with a felony charge that was legal. The judge R.O.R.ed Paul and said that this is rediculous.

I came out after Paul and the Judge R.O.R.ed me with the same charges and bail that Paul had and said the same thing that this charge is rediculous.

Now that I sit here in the Middlesex County Adult Correctional Center for a charge here fighting, I told them that I had a court date on Nov. 27th 2018 @ 9:00 AM that I didnt make due to me and Paul being Detained here, but Social Worker sent a fax to them of incarceration and detained and wont make it before the court date came up.

Social Worker LaToya said that she called the court and asked if I had court and the court addressed that unless my D.O.B. was 1-17-70 I didnt.

This is Anthony DelNegro's D.O.B. and was free of any charges on the day of court Oct 31st 2018 when the Arresting Officer came and got him out

over

④

and freed him of his charges. So I am not
understanding why he would have a court date
once again for these charges the 123 Precient
put against us and I am not understanding
why I don't have a court date. (unless charges
are dropped against me for Paul's legal pocket
knife)

    LaToya the Social Worker here also gave
me the N.Y Public Defender Suppoceabally that is
the Attorney that has the case to call to see if
there is a warrant or a change of a court
date, I dont know if this is Athony DelNegro's
Attorney or mine due to what the Social
Worker LaToya wrote me saying if your
D.O.B. isn't 1-17-70 (which is Anthony's) I dont
have court. (Here is his # and Name 212-729-1035
Manual)

    I will send a copy of the letter she had
wrote to me.

    I also had an Officer Hunterdon Here on
Upper A-Pod call to find out if I have any court
Date's now or past and the Only court Date's that
came up was the one I am Here for Now.

    I am not understanding this whole thing with
the 123 Precient which is under investigation for a lot
of unnessesary charges put against people all the time

    I ask you please to come and visit me
to talk and make this complaint against the
123 Precient and all the arresting officers that

MIDDLESEX COUNTY ADULT CORRECTION CENTER
POST OFFICE BOX 266
NEW BRUNSWICK, NEW JERSEY 08903



put these unlawful charges against me or the other 3 victums that were in the car.

I Thank you for your time and patients and I am awaiting for your response and when you will be coming to see me to file my complaint against all the arresting Officers that were involved with the arrest on Oct 30th or 31st night or morning 2018 and the 123 Precinct.

Sincerely,
~~Smith Valaque Sr.~~
~~Paul / Gyatie Jr.~~
Anthony DelNegro
Scott Herman.

P.S.

Please If this is not Internal Affairs that takes care of Staten Island N.Y., Please send me back all paper work and please send me the right address for Internal Affairs for Staten Island, N.Y. please.

That's very important please. If you do take care of Staten Island please make arrangements to come and see me about filing complaint on the matter spoken about in letter please

Thanks again

V.     Relief:

State what relief you are seeking if you prevail on your complaint.

*Attached*

I declare under penalty of perjury that on ___6 - 18 - 19___ , I delivered  this
                                          (Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern

District of New York.

Signed this ___18th___ day of ___June___ , 20_19_ . I declare under penalty of

perjury that the foregoing is true and correct.

_____
Signature of Plaintiff

*Middlesex County Adult Correction Center*
Name of Prison Facility

*Post Office Box 266*
*New Brunswick, NJ, 08903*

_____
Address

*MC# 154549*
Prisoner ID#

Ayeshea K Travis
Notary Public of New Jersey
My Commission Expires 2-11-2024
Lic. No. 50098769

6/18/19

MIDDLESEX COUNTY ADULT CORRECTION CENTER
POST OFFICE BOX 266
NEW BRUNSWICK, NEW JERSEY 08903

## Relief

1) asking for punitive Damages of $25,000.00 Dollars

A- losing all my clothes in Hotel due to Arrest
B- losing Job - Stanley Paving from Oct 31st 2018 to Nov 6th 2018
C- lost Residents of living
D- Depressed
E- Verbal Harrasment - 123 Pct
F- Harrasment - 123 Pct.
G- False Arrest - 123 Pct
H- No Appetite
I- loss of sleep
J- Tramatized
K- Stressed
L- being Imprisoned
M- Malicious Prosection
N- Wrongfully Searched down to underware in Precient
O- Humiliation

3 sets of Copies

Original
1st Copies
2nd

ORiginal   Copy

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUN 25 2019   ★

**BROOKLYN OFFICE**

Will send out Officer's Name's & Badge #'s if I am able to get Them.

123 Precient has given me problems getting Names & Badge #s of Arresting Officers on Oct. 31st 2018. Call log is in Facts how many times I called 718-948-9311

123 Pct.
116 Main Street
SI, N.Y, 10307

Would Not Give me Arrest Report as well.