FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
AUG 23 2019
BROOKLYN OFFICE

To: Clerk of US District Court
From: Kenneth V Iacone  SBI #567990B
Re: Status of claim / Also Location I'm at Now
Doc#: CV19-3859
Date: 8-20-19

To Whom It May Concern:

I am writing this letter to inform you that I have moved to another Facility where I will be staying at for 6 to 7 more months before I am eligible to go to the 1/2 way house next phase for me. I had sent out Authorization for Deductibles from my account for suite and concent form as well on 7-11-19.

I would like to know my status of my claim and when and how much you will be taking from my account each time money will be put on. Also, I would like to know if I am to win, would and could the money be deducted from the law suite in the full amount.

I thank you for your time and patients and hope to here back from the courts at your earliest conveineness.

Sincerely,
Kenneth V Iacone

C.C
Kenneth V Iacone

Kenneth V I[...]
Southern State Prison Unit 3, R, C 5-B
4295 Rt 47
Delmont, NJ, 08314

SOUTH JERSEY NJ 080

21 AUG 2019 PM 7 L

Clerk of U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y., 11201

11201-183299

Legal Mail