

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Acting Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **COREY S. SHOOCK**<br>*Senior Counsel*<br>phone: (212) 356-5051<br>cshoock@law.nyc.gov |

September 13, 2019

**BY ECF**
Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    <u>Kenneth V. Iacone, Sr. v. 123rd Precinct, et al.</u>
               19 Civ. 3859 (KAM) (VMS)

Your Honor:

        I am a Senior Counsel in the Office of Georgia M. Pestana, Acting Corporation Counsel of the City of New York, and the attorney assigned to the above-referenced case. This Office writes to inform the Court that after filing our response to the Court's Order dated July 30, 2019, the undersigned learned that Plaintiff's mailing address has changed. (ECF No. 9.)

        Accordingly, a copy of the response will be mailed to Plaintiff at the following address:

               Kenneth V. Iacone, Sr.
               SBI #567990B
               Southern State Prison
               Unit 3, R, C 5-B
               4295 Route 47
               Delmont, New Jersey 083114

- 2 -

This Office thanks the Court for its attention to this matter.

Respectfully submitted,

Corey S. Shoock
Senior Counsel
Special Federal Litigation Division

cc: **BY MAIL**
Kenneth V. Iacone, Sr.
*Plaintiff Pro Se*
SBI #567990B
Southern State Prison
Unit 3, R, C 5-B
4295 Route 47
Delmont, New Jersey 083114