To: Honorable Magistrate Vera M. Scanlon
From: Kenneth V. Iacone, Sr.
Re: Concerns and Questions
Date: 4-21-2020
SBI: 567990B
Docket #: 19 Civ. 3859 (RPK)(VMS)

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
APR 27 2020
BROOKLYN OFFICE

RECEIVED
APR 27 2020
PRO SE OFFICE

Honorable Magistrate Judge Vera M. Scanlon,

In the case management/Electronic Case filing Docket I was going over I noticed that Corey Stephen Shoock is representing Police Officer Cuadros, shield No. 20548, Police Officer Zielinski, sheild No 12893 and Interested Party - City of New York. "Is it even possible for any type of Lawyer to represent all parties?" Is that not conflict of intrest for all parties? Only did I hear from mr. James E Johnson is only in paperwork, but yet says only in the begining of the Case Management where everything and everyone is at, and I yet to see anything with James E Johnson. I only see one Lawyer doing the entire case, which would be Mr. Shoock. Now I read all the way to Docket #21 and I read that Corey Shoock and Genevieve Nelson were appearing for the Defendants. Who is this Genevieve Nelson that just popped in out of the Blue and then I dont hear anything more about him and only back to Corey Shoock and always only Corey Shoock do I hear from. This would be conflict of intrest Intrest if only one lawyer works for all Defendants. Would it or would it not be? I am trying my best here and I am working with only what they can provide me here @ Northern State Prison. I cant read any books at the Law Library, get any litigure from the Law Library, Nobody is even running the Library and I dont know how long its going to be before anything changes. I know that June 6th, 2020 I will be done with my ADSEG Time, but once again, I dont know what they are doing with me and where they are sending me when Im done. I will let you know if and when and where Im going when done. I really dont know what to do or where it goes from here with this matter. I do ask to please help me along and thank you.

Respectfully Submitted
Kenneth V. Iacone Sr

Kenneth V Iacone Sr ISBI 567990R
Northern State Prison
168 Frontage Rd
P.O. Box 2300
Newark, NJ 07114-2300
ADSEG -- DIW - 220T

NEOPOST
04/24/2020
US POSTAGE $000.50⁰

FIRST-CLASS MAIL

ZIP 07114
041M11454838

USMS

Att: Chambers of Vera M Scanlon
United States Magistate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

Legal Mail



NORTHERN STATE PRISON

UNCENSORED