TO: Honorable Magistate Judge Vera M Scanlon
From: Kenneth V Iacone Sr., SBI# 567990B
Re: Not wanting an adjournment Corey Shoock Esq. is asking for
Date: 5/28/2020
Docket#: 1:19-CV-03859-RPK-VMS

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUN 02 2020 ★
BROOKLYN OFFICE

Honor,

Today I recieved a legal call from Corey Shoock and wanting to know if I had recieved the mail he sent to me telling me why they need the things he is asking for that makes it relavant for his case. I told him that I recieved two letters from him that were completely the same with the date on the letter and the listings of the Docket sheet you ordered him to send me. The first letter was sent April 16th 2020 with the letter inside dated April 8th 2020 and docket sheet. The recieved date on that letter was April 21st 2020. The second letter sent to me was certified and recieved on 5/12/2020 with no other letters or packets sent with it saying or explaining anything. I told Mr. Shoock that I wasn't giving him anything else that he was asking for. I gave what I thought was relavant to use and you gave him 60 days to get what he needed and now that I didn't have paperwork he supposedly sent to me, he now want to adjourn the case more and I told him that I didn't want it adjourned, that I gave him everything I thought he would need that would be from the date of arrest to the dismissal 3/4/19. Anything else before or after those matters are irrelavant to there case.

Please Honor, I ask to move forward with case from here.

Thank you and respectfully submitted.

Kenneth V Iacone Sr.

c.c.
Kenneth V Iacone
Honorable Judge Vera M Scanlon

Kenneth V. Iacona / SBI# 567990B
Northern State Prison
168 Frontage Road
P.O. Box 2300
Newark, NJ 07114-2300
AS EG-DIW - 220T

Dr Daniels NJ DDD

29 MAY 2020 PM 4 L

Legal Mail