FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 14 2020 ★
BROOKLYN OFFICE

RECEIVED
AUG 14 2020
PRO SE OFFICE

To: Honorable Judge Vera M. Scanlon
From: Kenneth V Iacone Sr. SBI# 567990B
Re: Concerns about last letter sent to you
Date: 8/8/2020
Docket#:

Honor,

I am writing to you to ask you if you had recieved my letter I sent asking about the court if they could help me with representation to finish my case, because I am not comfortable and lack of knowledge for the rest of the case. Can you please respond back letting me know where I stand with this matter please. Thank you for your time and patients.

Respectfully Submitted
Kenneth V Iacone Sr.

C.C.
Self
Vera M. Scanlon Judge



Kenneth V. Iacone Sr. SBI#367790B
Northern State Prison
168 Frontage Rd. P.O. Box 2300
Newark, NJ 07114-2300
A/W, 4137

Chambers of Vera M Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY, 11201

Legal Mail

USMS

NEOPOST
08/10/2020
US POSTAGE $000.50⁰
FIRST-CLASS MAIL
ZIP 07114
041M11454838

1120181932 C030

