FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 24 2020 ★

BROOKLYN OFFICE

RECEIVED
SEP 24 2020
PRO SE OFFICE

To : Honorable Judge Magistate Vera M Scanlan
From: Kenneth V Iacone Sr.
Re: Change of address / serving paper work
Date! 9-20-2020

Honor,

I am writing to let you and the court know that I have been transfered back to Southern State Prison until my next phase I have to go to. I had wrote to Mr. Shoock and told him the same and to make the arrangements here at Southern State Prison for the phone confr. and I also sent him more paper work that my sister helped me get for my phychotherophist and all the jails Ive been in for all medical notes and family docter.

Also, will you be serving this paper work I send back to you for consel to the defendants?

I thank you for your help and I will see and talk with you on Oct 1st 2020 @ Southern State Prison. I had give Mr. Shoock enough time to prepare to have the phone conf here.

Respectfully Submitted
Kennth V Iacone Sr.
Kenneth V. Iacone Sr.

Cc.
file
myself
Vera M. Scanlan - Judge.

Kenneth V Iacone Sr. /567990B SBI#
Southern State Prison
4295 Rt 47
Delmont, NJ., 08314
CL 3, 5-B

SOUTH JERSEY NJ 080

21 SEP 2020   PM 4   L

Clerk of U.S. District Court
Eastern District of New York
  225 Cadman Plaza East
Brooklyn, N.Y., 11201

11201-183299

