**ORIGINAL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RECEIVED SEP 24 2020 PRO SE OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 24 2020 ★
BROOKLYN OFFICE

-------------------------------------------------X

Kenneth V Iacone Sr.
　　　　　　Plaintiff,

-against-

123rd Police Station, et al.
　　　　　　Defendant(s).

-------------------------------------------------X

APPLICATION FOR THE COURT TO REQUEST COUNSEL

19 CV 3859 (RPK)(VMS)

1. Name of applicant  Kenneth V. Iacone Sr.

2. Explain why you feel you need a lawyer in this case. (Use additional paper if necessary.)
   I am not a lawyer and I am very limited to the use of the law library to help me understand and move forward with my case.

3. Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary.)
   I have written a bunch of pro bono lawyers here in N.J. asking if they practice in N.Y. and if they would take my case, but I yet to get any responses

4. If you need a lawyer who speaks in a language other than English, state what language you speak:
   N/A

5. I understand that if a lawyer volunteers to represent me and my lawyer learns that I can afford to pay for a lawyer, the lawyer may give this information to the Court. I understand that if the Court grants this application in a complaint against the Commissioner of Social Security, the pro bono attorney, if successful, has the statutory right to request that the Court award a fee of up to 25% of the accrued Social Security or Supplemental Security Income Benefits. See 42 U.S.C. § 406.

6. I understand that if my answers on my Request to Proceed *In Forma Pauperis* are false, my case may be dismissed.

7. **I declare under penalty of perjury that the forgoing is true and correct.**

Dated: 9/20/2020

　　　　　　　　　　　　　　　Kenneth V. Iacone Sr.
　　　　　　　　　　　　　　　Signature

Kenneth V Iacovino
Southern State Prison
4295 Rt 47
Delmont, NJ, 08314
CL 3, 5-B

SOUTH JERSEY NJ 080
21 SEP 2020 PM 4 L

Clerk of U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y., 11201

11201-183299