FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 15 2020 ★
BROOKLYN OFFICE

RECEIVED
OCT 15 2020
PRO SE OFFICE

To: Corey S Shoeck Esq
From: Kenneth V Iacone Sr
Re: Evidence Needed From Defendants
Date: 10-09-2020
SBI: 567990B
Docket #: 19 Civ 3859 (RPK)(VMS)

### Evidence Needed:

1. Body Cams from all officers on scene Oct 31st 2018
2. Who called in for stop? Was it a Tip and why?
3. Why was a Helicopter needed and cams from Helicopter and all radio confrence from cops to Helocopter.
4. Was this a feloney stop?
5. Who ordered the stop?
6. Is there a CI?
7. Who is the CI?
8. What was the cause for the stop?
9. Want cams from jail cells and every hallway of us entering and exiting the 123 precient.
10. Maria Guastella stated that we were pulled over for Guns + Drugs, were we?
11. Why was there a need for numerous squad cars at the scene?
12. Where was the prabable cause for officers to take us all to 123 precient if everything was legal from the car to all the people in the car?
13. Was it an acurate Call, Tip or CI that called it in?
14. Want all cams from the time we walked into the court cells to the time we were all released, even in the court cell.
15. Why was Anthony DelDagio Freed right from the court cell without seeing a judge? Officer came and Freed him. Does it work like that?
16. Why was I arrested for a weapons charge when I didn't have a weapon?
17. Why was I arrested for a substance narcotic if I never had any on my persons or car?

18. Want a copy of Scott Hermans Medical Marijuana Card that it was legal for him on October 31st 2018 to carry on his persons?

19. A legal pocket knife with a legal testimony from Paul DePastie saying the pocket knife was his and not enough for probable cause. Was that probable cause?

20. When picked up my property on Oct 31st 2018, I picked up everything except my mother's earings 2x she left me and I now dont possess because it cant be found by the 123rd precient. Where are they?

Respectfully Submitted

Kenneth V Iacone

c.c
Self
Judge Vera M Scanlon
Corey S Shoock Esq.

Kenneth V Iacone Sr. ISRI# 567908
Southern State Prison
4 95 Rt 47
Delmont, NJ 08314
3C 5-B

Chambers of Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

SOUTH JERSEY NJ 080
10 OCT 2020 PM 5 L